# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

___

| | |
|---|---|
| MICHAEL COSGROVE; JAMES J. HEGGIE; ADAM CALVERT; and JAMES HEGGIE III;<br>    Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC; EQUIFAX, INC.; EXPERIAN INFORMATION SERVICES INC.; CAPITAL ONE BANK, N.A.; and OCWEN LOAN SERVICING, LLC;<br>    Defendants. | CASE NO. 15-CV-13521 |

___

### TRANS UNION, LLC'S NOTICE OF REMOVAL
___

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Quincy District Court, Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, on the following grounds:

1.    Plaintiffs Michael Cosgrove, James J. Heggie, Adam Calvert and James Heggie, III served Trans Union on or about October 2, 2015, with a Summons and Complaint filed in the Quincy District Court, Commonwealth of Massachusetts. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2.    Plaintiffs make claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 24-34.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Quincy District Court, Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

5. As of the date of this Notice Of Removal, Defendants Equifax, Inc., Experian Information Solutions, Inc., Capital One Bank, N.A. and Ocwen Loan Servicing, LLC have not been served.

6. Notice of this removal will promptly be filed with the Quincy District Court, Commonwealth of Massachusetts and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Quincy District Court, Commonwealth of Massachusetts to this United States District Court, District of Massachusetts.

Date: October 7, 2015                                   Respectfully submitted,


                                                                                    /s/      Mardic Marashian
                                                                                    Mardic A. Marashian, Esq. (BBO #548607)
                                                                                    Bonin & Marashian
                                                                                    77 Franklin Street
                                                                                    Boston, MA  02110
                                                                                    Telephone:  (617) 723-2525
                                                                                    Fax:  (617) 723-3163
                                                                                    E-Mail:  mardic@boninmarashian.com

                                                                                    *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of October, 2015**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| **for Plaintiffs Michael Cosgrove, James J. Heggie, Adam Calvert, and James Heggie III** <br> James J. Heggie, Esq. <br> 333 Ricciuti Drive, Suite 1721 <br> Quincy, MA  02169 | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **7th day of October, 2015**, properly addressed as follows:

| | |
|---|---|
| **for Plaintiffs Michael Cosgrove, James J. Heggie, Adam Calvert, and James Heggie III** <br> James J. Heggie, Esq. <br> 333 Ricciuti Drive, Suite 1721 <br> Quincy, MA  02169 | |

/s/       Mardic Marashian
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone:  (617) 723-2525
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC*